678

No. 729. GOLDSMITH v. UNITED STATES. March 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Horace G. Marks* for petitioner. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. George F. Kneip, Fred E. Strine,* and *W. Marvin Smith* for the United States.

No. 737. UNION SIMPLEX TRAIN CONTROL Co. v. GENERAL RAILWAY SIGNAL Co. March 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Edward M. Colbach* for petitioner. *Mr. Clifton V. Edwards* for respondent.

No. 741. H. E. FLETCHER Co. v. NATIONAL LABOR RELATIONS BOARD. March 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Richard B. Walsh* for petitioner. *Solicitor General Biddle* and *Messrs. Thomas E. Harris, Charles Fahy, Robert B. Watts,* and *Laurence A. Knapp* for respondent.

No. 743. NORTH AMERICAN ACCIDENT INSURANCE Co. v. TEBBS. March 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Ernest D. Hurd* for petitioner. *Mr. George A. Critchlow* for respondent.

No. 744. EDDY v. RECONSTRUCTION FINANCE CORPORATION ET AL. March 25, 1940. Petition for writ of certiorari